BRYAN WILSON (CA SBN 138842)
BWilson@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650.813.5600
Facsimile: 650.494.0792

SCOTT F. LLEWELLYN (CA SBN 34821)
SLlewellyn@mofo.com
MORRISON & FOERSTER LLP
5200 Republic Plaza
370 Seventeenth Street
Denver, Colorado 80202-5638
Telephone: 303.592.1500
Facsimile: 303.592.1510

WHITNEY E. MCCOLLUM (CA SBN 253039)
WMcCollum@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Plaintiff
NALCO COMPANY

IAN N. FEINBERG (SBN 88324)
ifeinberg@feinday.com
ELIZABETH DAY (SBN 177125)
eday@feinday.com
MARC BELLOLI (SBN 244290)
mbelloli@feinday.com
PETER MIKHAIL (SBN 214638)
pmikhail@feinday.com
FEINBERG DAY ALBERTI &
THOMPSON LLP
1600 El Camino Real, Suite 280
Menlo Park, CA 94025
Tel: 650.618.4360
Fax: 650.618.4368

Attorneys for Defendant
TURNER DESIGNS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NALCO COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>TURNER DESIGNS, INC.,<br><br>Defendant. | No. C 13-02727 NC<br><br>**FURTHER UPDATE TO JOINT CASE MANAGEMENT STATEMENT PURSUANT TO COURT'S ORDER**<br><br>Date: February 12, 2014<br>Time: 10:00 a.m.<br>Courtroom: A, 15th Floor<br>Judge: Hon. Nathanael Cousins<br><br>Trial Date: October 20, 2014 |

Pursuant to this Court's February 6, 2013 Case Management Order, the parties respond as follows:

(1) The parties have reached an agreement on the ADR process;

(2) The parties agree to use a court-appointed mediator and that the mediation deadline will be May 15, 2014;

(3) The parties agree that in light of these agreements, a Case Management Conference on February 12, 2014 is not necessary.

Dated: February 11, 2013  MORRISON & FOERSTER LLP

/s/ *Bryan Wilson*
                Bryan Wilson

Attorneys for Plaintiff
NALCO COMPANY

Dated: February 11, 2014  FEINBERG DAY LLP

/s/ *Ian Feinberg*
                Ian Feinberg

Attorneys for Defendant
TURNER DESIGNS, INC.

# FILER'S ATTESTATION

Pursuant to L.R. 5.1(i)(3), the undersigned attests that all parties have concurred in the filing of this Updated Joint Case Management Statement.

Dated: February 11, 2014

                                             MORRISON & FOERSTER LLP

                                             By: */s/ Bryan Wilson*
                                                       Bryan Wilson

                                                    Attorneys for Plaintiff
                                                    NALCO COMPANY

# **CASE MANAGEMENT ORDER**

The above JOINT CASE MANAGEMENT STATEMENT & PROPOSED ORDER is approved as the Case Management Order for this case and all parties shall comply with its provisions.

IT IS SO ORDERED.

Dated:

                                        HON. NATHANAEL COUSINS
                                  UNITED STATES MAGISTRATE JUDGE