BRYAN WILSON (CA SBN 138842)
BWilson@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650.813.5600
Facsimile: 650.494.0792

SCOTT F. LLEWELLYN (CA SBN 34821)
SLlewellyn@mofo.com
MORRISON & FOERSTER LLP
5200 Republic Plaza
370 Seventeenth Street
Denver, Colorado 80202-5638
Telephone: 303.592.1500
Facsimile: 303.592.1510

WHITNEY E. MCCOLLUM (CA SBN 253039)
WMcCollum@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Plaintiff
NALCO COMPANY

IAN N. FEINBERG (SBN 88324)
ifeinberg@feinday.com
ELIZABETH DAY(SBN 177125)
eday@feinday.com
MARC BELLOLI (SBN 244290)
mbelloli@feinday.com
PETER MIKHAIL (SBN 214638)
pmikhail@feinday.com
FEINBERG DAY ALBERTI &
THOMPSON LLP
1600 El Camino Real, Suite 280
Menlo Park, CA 94025
Tel: 650.618.4360
Fax: 650.618.4368

Attorneys for Defendant
TURNER DESIGNS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NALCO COMPANY,<br><br>                 Plaintiff,<br><br>        v.<br><br>TURNER DESIGNS, INC.,<br><br>                 Defendant. | No. C 13-02727 NC<br><br>**FURTHER UPDATE TO JOINT CASE MANAGEMENT STATEMENT PURSUANT TO COURT'S ORDER**<br> AND ORDER THEREON<br>Date:  February 12, 2014<br>Time:  10:00 a.m.<br>Courtroom:  A, 15th Floor<br>Judge:  Hon. Nathanael Cousins<br><br>Trial Date:  October 20, 2014 |

1  Pursuant to this Court's February 6, 2013 Case Management Order, the parties respond as

2  follows:

3  (1)  The parties have reached an agreement on the ADR process;

4  (2)  The parties agree to use a court-appointed mediator and that the mediation

5  deadline will be May 15, 2014;

6  (3)  The parties agree that in light of these agreements, a Case Management

7  Conference on February 12, 2014 is not necessary.

8

9  Dated: February 11, 2013                    MORRISON & FOERSTER LLP

10

11                                             /s/ Bryan Wilson
                                                           Bryan Wilson
12
                                               Attorneys for Plaintiff
13                                             NALCO COMPANY

14

15  Dated: February 11, 2014                    FEINBERG DAY LLP

16

17                                             /s/ Ian Feinberg
                                                           Ian Feinberg
18
                                               Attorneys for Defendant
19                                             TURNER DESIGNS, INC.

20

21

22

23

24

25

26

27

28

1

## **FILER'S ATTESTATION**

2      Pursuant to L.R. 5.1(i)(3), the undersigned attests that all parties have concurred in the

3 filing of this Updated Joint Case Management Statement.

4

Dated:  February 11, 2014

5                                              MORRISON & FOERSTER LLP

6

7                                              By:   */s/ Bryan Wilson*
                                                     Bryan Wilson
8
                                                     Attorneys for Plaintiff
9                                                    NALCO COMPANY

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## <u>CASE MANAGEMENT ORDER</u>

2

3

The above JOINT CASE MANAGEMENT STATEMENT & PROPOSED ORDER is approved as the Case Management Order for this case and all parties shall comply with its provisions. Case Management Conference is continued to April 16, 2014 at 10:00 a.m.

4

5

IT IS SO ORDERED.

6

Dated:  February 11, 2014

7



_____
HON. NATHANAEL COUSINS
UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28