UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NALCO, CO.,<br><br>             Plaintiff,<br><br>      v.<br><br>TURNER DESIGN INC.,<br><br>             Defendant. | Case No. 13-cv-02727<br><br>**SCHEDULING ORDER**<br><br>Re: Dkt. No. 37 |

The Court will consider Nalco's Statement of Discovery Dispute with third party Walchem as a motion to compel. Nalco must file a copy of the subpoena and a proposed order granting the motion to compel by February 14. Walchem must respond by February 18. If Turner has a position, it must state it by February 18. Nalco may reply by February 20. The Court will hear the motion on February 26 at 1:00 p.m. in Courtroom A, 15th Floor, San Francisco. Nalco must serve a copy of this order on Walchem.

   IT IS SO ORDERED.

   Date: February 11, 2014

_____
Nathanael M. Cousins
United States Magistrate Judge

Case No. 13-cv-02727 NC
SCHEDULING ORDER