BRYAN WILSON (CA SBN 138842)
BWilson@mofo.com
ALESSA YIN-CHEN PHANG (CA SBN 286872)
APhang@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650.813.5600
Facsimile: 650.494.0792

SCOTT F. LLEWELLYN (CA SBN 34821)
SLlewellyn@mofo.com
MORRISON & FOERSTER LLP
5200 Republic Plaza
370 Seventeenth Street
Denver, Colorado 80202-5638
Telephone: 303.592.1500
Facsimile: 303.592.1510

WHITNEY E. MCCOLLUM (CA SBN 253039)
WMcCollum@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Plaintiff
NALCO COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NALCO COMPANY,<br><br>            Plaintiff,<br><br>     v.<br><br>TURNER DESIGNS, INC.<br><br>            Defendant. | Case No.  CV-13-02727 NC<br><br>**DECLARATION OF WHITNEY E. MCCOLLUM IN RESPONSE TO COURT'S FEBRUARY 11, 2014 ORDER** |

I, Whitney E. McCollum, hereby declare as follows:

1. I am a member of the state bar of California and an associate with Morrison & Foerster LLP, which represents Plaintiff Nalco Company ("Nalco") in this action. I have personal knowledge of the facts stated herein and, if called as a witness, I could and would testify competently as to them.

2. Pursuant to this Court's February 11, 2014 Order, attached hereto as Exhibit A is a true and correct copy of the subpoena served by Nalco on Walchem Iwaki America on October 28, 2013.

3. Attached hereto as Exhibit B is a true and correct copy of Walchem's objections and responses to Nalco's subpoena served on November 18, 2013.

**CERTIFICATE OF SERVICE**

I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is 425 Market Street, San Francisco, California 94105. I am not a party to the within cause, and I am over the age of eighteen years.

I further declare that on February 14, 2014, I served a copy of:

**DECLARATION OF WHITNEY E. MCCOLLUM IN RESPONSE TO COURT'S FEBRUARY 11, 2014 ORDER**

[X] **BY U.S. MAIL [Fed. Rule Civ. Proc. rule 5(b)]** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, addressed as follows, for collection and mailing at Morrison & Foerster LLP, 755 Page Mill Road, Palo Alto, California 94304-1018 in accordance with Morrison & Foerster LLP's ordinary business practices.

I am readily familiar with Morrison & Foerster LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service, and know that in the ordinary course of Morrison & Foerster LLP's business practice the document(s) described above will be deposited with the United States Postal Service on the same date that it (they) is (are) placed at Morrison & Foerster LLP with postage thereon fully prepaid for collection and mailing.

[X] **BY ELECTRONIC SERVICE [Fed. Rule Civ. Proc. rule 5(b)]** by electronically mailing a true and correct copy through Morrison & Foerster LLP's electronic mail system to the e-mail address(es) set forth below, or as stated on the attached service list per agreement in accordance with Federal Rules of Civil Procedure rule 5(b).

| | |
|---|---|
| Nicholas A. Brown | ___ Fax |
| Greenberg Traurig, LLP | ___ U.S. Mail |
| 4 Embarcadero Center, Suite 3000 | ___ Overnight |
| San Francisco, CA 94111-5983 | ___ Personal |
| Email: brownn@gtlaw.com | |

I declare under penalty of perjury that the foregoing is true and correct.

Executed at San Francisco, California, this 14th day of February, 2014.

| Victoria Smith | */s/ Victoria Smith* |
|---|---|
| (typed) | (signature) |

MCCOLLUM DECLARATION
CASE NO. CV-13-02727 NC
sf-3384522

3