BRYAN WILSON (CA SBN 138842)
BWilson@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650.813.5600
Facsimile: 650.494.0792

WHITNEY E. MCCOLLUM (CA SBN 253039)
WMcCollum@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Plaintiff
NALCO COMPANY

NICHOLAS A. BROWN (CA SBN 198210)
brownn@gtlaw.com
STEPHANIE D. AHMAD (SBN 284080)
ahmads@gtlaw.com
GREENBERG TRAURIG LLP
4 Embarcadero Ctr., Ste. 3000
San Francisco, CA 94111-5983
Telephone: (415) 655-1271
Facsimile: (415) 707-2010

Attorneys for Non-Party
Walchem IWAKI America Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NALCO COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>TURNER DESIGNS, INC.<br><br>    Defendant. | CASE NO.   CV-13-02727 NC<br><br>**STIPULATION AND APPLICATION FOR ORDER EXTENDING TIME FOR HEARING ON PLAINTIFF NALCO'S MOTION TO COMPEL NON-PARTY WALCHEM TO PRODUCE DOCUMENTS SUBPOENAED BY NALCO**<br><br>Date:  [PROPOSED] Mar. 5, 2014<br>Time:  1:00 pm<br>Location:  Courtroom A, 15th Floor<br>Before:  Hon. Nathaniel M. Cousins |

STIPULATION AND APPLICATION FOR ORDER EXTENDING TIME FOR HEARING ON PLAINTIFF NALCO'S MOTION TO COMPEL NON-PARTY WALCHEM TO PRODUCE DOCUMENTS SUBPOENAED BY NALCO

Case No.  CV-13-02727 NC

1   The parties hereby stipulate to and apply for an Order Extending Time for Hearing on Plaintiff Nalco's Motion to Compel Non-Party Walchem to Produce Documents Subpoenaed by Nalco, that would postpone the hearing date by one week to March 5, 2014 at 1:00 pm, or to any other date or time that week or later that is convenient for the Court.

Pursuant to Civil Local Rule 6-2, Nalco and Walchem state that their basis for seeking a one-week extension of the February 26, 2014 hearing date set by the Court is as follows:

1. Walchem requests this order because Nicholas A. Brown, counsel for Walchem, is unavailable on February 26, 2014 at 1:00 pm, the hearing date and time set by the Court.

2. There have been no previous time modifications related to Nalco's Motion to Compel; moving the hearing date will not change the briefing schedule set by the Court or reduce the amount of time the Court has to consider the briefing.

3. Nalco does not object to or oppose Walchem's request to move the hearing date.

4. Walchem and Nalco agree that the requested one-week time extension of the hearing date will not impact the resolution of this dispute.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: February 14, 2014

GREENBERG TRAURIG, LLP

By:   /s/ Nicholas A. Brown
NICHOLAS A. BROWN
STEPHANIE D. AHMAD

Attorneys for Non-Party
Walchem IWAKI America Inc.

MORRISON & FOERSTER LLP

By:   /s/ Whitney E. McCollum
BRYAN WILSON
WHITNEY E. MCCOLLUM

Attorneys for Plaintiff
NALCO COMPANY

STIPULATION AND APPLICATION FOR ORDER EXTENDING TIME FOR HEARING ON PLAINTIFF NALCO'S MOTION TO COMPEL NON-PARTY WALCHEM TO PRODUCE DOCUMENTS SUBPOENAED BY NALCO

1

Case No. CV-13-02727 NC

1  PURSUANT TO STIPULATION, IT IS ORDERED that the hearing regarding
2  Nalco's Motion To Compel Non-Party Walchem to Produce Documents Subpoenaed by
3  Nalco is re-set to March 5, 2014 at 1:00 pm.

DATED:  February 18, 2014   _____
NATHANIEL M.
United



2

STIPULATION AND APPLICATION FOR ORDER EXTENDING
TIME FOR HEARING ON PLAINTIFF NALCO'S MOTION TO
COMPEL NON-PARTY WALCHEM TO PRODUCE
DOCUMENTS SUBPOENAED BY NALCO

Case No. CV-13-02727 NC