# Exhibit A

**EXHIBIT A**
**Joint Claim Construction Chart**

| Claim Term / Phrase | Nalco's Proposed Construction | Turner's Proposed Construction |
|---|---|---|
| a sample chamber which is a cell | Plain and ordinary meaning<br><br>Or, if construction is necessary, a bounded space containing the sample when fluorescence occurs | A transparent vessel for sample analysis |
| programming said fluorometer to produce an output signal proportional to the detected fluorescence | Plain and ordinary meaning<br><br>Or, if construction is necessary, configuring said fluorometer to produce an output signal proportional to the detected fluorescence | Inputting computer instructions into said fluorometer to cause it to produce an output proportional to the detected fluorescence |
| emitting light having a wavelength of from about 370 nm to about 500 nm | Plain and ordinary meaning<br><br>Or, if construction is necessary, emitting light having a wavelength in the near-UV range | Emitting light in the entire spectrum from about 370 nm to about 500 nm |

1