# Exhibit B

**EXHIBIT B**
**Nalco's Proposed Claim Construction and Identification of Intrinsic and Extrinsic Evidence**

| Claim Term / Phrase | Proposed Construction | Supporting Evidence |
|---|---|---|
| a sample chamber which is a cell | Plain and ordinary meaning<br><br>Or, if construction is necessary, a bounded space containing the sample when fluorescence occurs | '118 Patent: fig. 1; 5; 7; col. 3:24-29; 8:61-65; 9:7-10; 9:46-47.<br><br>'386 Patent[1]: col. 8:27-33; 10:63-68.<br><br>'450 Patent[2]: col. 5:59-62.<br><br>'314 Patent[3]: col. 10:27-11:39; 14:26-32.<br><br>Oxford Dictionary of Biochemistry and Molecular Biology (1997) at 101 ("**cell**: a container for liquid during measurement or separation procedures such as . . . (spectro)photometry;").<br><br>Webster's Collegiate Dictionary (11th ed. 2003) at 199 ("**cell**: . . . **3**: a small compartment, cavity, or bounded space: as **a**: one of the compartments of a honeycomb . . .").<br><br>Webster's Third New International Dictionary, Unabridged (2014), Web. 17 Jan. 2014 ("**chamber**: an enclosed . . . space designed for some special purpose").<br><br>Dr. Fetzer may testify that a POSITA would have understood this term to have the meaning proposed by Nalco. |

---

[1] Patent No. 5,041,386 is incorporated by reference into Patent No. 6,255,118.
[2] Patent No. 5,171,450 is incorporated by reference into Patent No. 6,255,118.
[3] Patent No. 4,783,314 is incorporated by reference into Patent No. 5,171,450, which is incorporated by reference into Patent No. 6,255,118.

1

pa-1628126

**EXHIBIT B**
**Nalco's Proposed Claim Construction and Identification of Intrinsic and Extrinsic Evidence**

| Claim Term / Phrase | Proposed Construction | Supporting Evidence |
|---|---|---|
| | Plain and ordinary meaning<br><br>Or, if construction is necessary, a bounded space containing the sample when fluorescence occurs | Webster's Online Dictionary (2014), Web. 28 Jan. 2014, http://www.merriam-webster.com/dictionary/chamber ("**chamber**: a small space inside something (such as a machine or your body)").<br><br>Patent No. 7,099,012: 5:62-64; 9:42-50.<br><br>Turner Designs Technical Note 998-0050 Rev. A, pg. 4, para. 3.23 ("Fluorometers are also available for flow-through studies, where samples are pumped through a flow **cell** in the instrument's **sample chamber**.  This allows for continuous on-line monitoring. . . .The TD-4100 On-Line Monitor does not have a glass flow cell.  Aromatic hydrocarbons are detected in a stream of water which falls through an open **chamber**.").<br><br>Isco Flow-Through Sample Chamber, Web. 16 Jan. 2014, http://www.isco.com/products/products3.asp?PL=2017020.<br><br>Dr. Fetzer may testify that a POSITA would have understood this term to have the meaning proposed by Nalco. |

2

**EXHIBIT B**
**Nalco's Proposed Claim Construction and Identification of Intrinsic and Extrinsic Evidence**

| Claim Term / Phrase | Proposed Construction | Supporting Evidence |
|---|---|---|
| programming said fluorometer to produce an output signal proportional to the detected fluorescence | Plain and ordinary meaning<br><br>Or, if construction is necessary, configuring said fluorometer to produce an output signal proportional to the detected fluorescence | '118 Patent: abstract; col. 2:62-65; 3:51-54; 5:41-56.<br><br>'386 Patent: col. 10:1-5.<br><br>'450 Patent: col. 5:59-6:11; 6:18-27; 6:41-47.<br><br>Webster's Online Dictionary (2014), Web. 28 Jan. 2014, http://www.merriam-webster.com/dictionary/configure ("**configure**: to arrange or prepare (something) so that it can be used").<br><br>Dr. Fetzer may testify that a POSITA would have understood this term to have the meaning proposed by Nalco. |

# EXHIBIT B
## Nalco's Proposed Claim Construction and Identification of Intrinsic and Extrinsic Evidence

| Claim Term / Phrase | Proposed Construction | Supporting Evidence |
|---|---|---|
| emitting light having a wavelength of from about 370 nm to about 500 nm | Plain and ordinary meaning<br><br>Or, if construction is necessary, emitting light having a wavelength in the near-UV range | '118 Patent: col. 8:19-22.<br><br>Time-resolved EPR studies with DNA photolyse: Excited–state $FADH^0$ abstracts an electron from Trp-306 to generate $FADH^-$, the catalytically active form of the cofactor, Proc. Natl. Acad. Sci. USA, Vol. 90, (1993) at 8023 (". . . in the **near UV-visible range (300-500 nm)**.").<br><br>The Role of Cyanopterin in UV/Blue Light Signal Transduction of Cyanobacterium Synechocystis sp. PCC 6803 Phototaxis, Plant Cell Physiol., Vol. 51, Issue 6 (2010) at 969 (" . . . **near-UV and blue light (300-480nm)** . . . .").<br><br>Dr. Fetzer may testify that a POSITA would have understood this term to have the meaning proposed by Nalco. |