# Exhibit C

**EXHIBIT C**
**Turner's Proposed Claim Construction and Identification of Intrinsic and Extrinsic Evidence**

| Claim Term / Phrase | Proposed Construction | Supporting Evidence |
|---|---|---|
| a sample chamber which is a cell | a transparent vessel for sample analysis | Figs. 1, 5, 6 and associated disclosure; col. 10:53-59, 5:35-45;<br><br>11/16/2000 Amendment and Response to OA;<br><br>U.S. Pat. No. 5,171,450;<br><br>Practical Fluorescence, 2nd Ed. (Marcel Dekker, 1990), pp. 60-62;<br><br>Testimony by Colin Frayne relating to the understanding of the claim term by persons of ordinary skill and the knowledge in the art. |

1

**EXHIBIT C**
**Turner's Proposed Claim Construction and Identification of Intrinsic and Extrinsic Evidence**

| Claim Term / Phrase | Proposed Construction | Supporting Evidence |
|---|---|---|
| programming said fluorometer to produce an output signal proportional to the detected fluorescence | inputting computer instructions into said fluorometer to cause it to produce an output signal proportional to the detected fluorescence | Col. 5:26-56;<br><br>11/16/2000 Amendment and Response to OA, 02/08/2001 Interview Summary;<br><br>Illustrated Dict. Of Computing, 2nd Ed. (Prentice Hall, 1995), pp. 484-5 (program / programming);<br><br>Testimony by Colin Frayne relating to the understanding of the claim term by persons of ordinary skill and the knowledge in the art. |
| emitting light having a wavelength of from about 370 nm to about 500 nm | emitting light in the entire spectrum from about 370nm to about 500nm | Fig. 1, 5, 6 and associated disclosure, col. 7:38-51, 8:16-37;<br><br>11/16/2000 Amendment and Response to OA;<br><br>Araki, Misawa, Light emitting diode-based nanosecond ultraviolet light source for fluorescence lifetime measurements, Rev. Sci. Instrum 66 (12), Dec. 1995;<br><br>Hauser et al., A solid state instrument for fluorescence chemical sensors using a blue light-emitting diode of high intensity, Meas. Sci. Technol., 6, 1995;<br><br>Testimony by Colin Frayne relating to the understanding of the claim term by persons of ordinary skill and the knowledge in the art. |