IAN N. FEINBERG (SBN 88324)
ifeinberg@feinday.com
M. ELIZABETH DAY (SBN 177125)
eday@feinday.com
DAVID ALBERTI (SBN 220625)
dalberti@feinday.com
SAL LIM (SBN 211836)
slim@feinday.com
YAKOV ZOLOTOREV (SBN 224260)
yzolotorev@feinday.com
MARC BELLOLI (SBN 244290)
mbelloli@feinday.com
**FEINBERG DAY ALBERTI & THOMPSON LLP**
1600 El Camino Real, Suite 280
Menlo Park, CA 94025
Telephone:  650.618.4360
Facsimile:   650.618.4368

Attorneys for Defendant
TURNER DESIGNS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NALCO COMPANY,<br>Plaintiff,<br>v.<br>TURNER DESIGNS, INC.,<br>Defendant. | CASE NO.  CV 13-02727-NC<br><br>**NOTICE OF REQUEST TO BRING EQUIPMENT INTO THE COURTROOM NECESSARY FOR SEPTEMBER 24 HEARING ON SUMMARY JUDGMENT** AND ORDER THEREON<br><br>Hearing Date:    September 24, 2014<br>Time:               2:00 pm<br>Crtm:               A, 15th Floor<br>Judge:             Hon. Nathanael Cousins |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Plaintiff Nalco Company and Defendant Turner Designs, Inc. (collectively "Parties") hereby request that the Court grant permission to bring in certain equipment for use in connection with the September 24, 2014 Summary Judgment Hearing.

The Parties ask the Court's permission to bring the following Equipment to the Courtroom on September 24, 2014:

- An Elmo projector
- A projector screen
- A table

-1-

**REQUEST FOR EQUIPMENT IN COURTROOM – CASE NO. C 13-02727-NC**

- Electrical cords
- Electronic video switching device
- Notebook Computers and attached electronic data storage devices

The equipment will be removed immediately following the hearing on September 24, 2014.

Respectfully submitted on September 18, 2014

**FEINBERG DAY ALBERTI & THOMPSON LLP**

/**s**/ *Ian Feinberg*
Ian Feinberg

IT IS SO ORDERED.

September  18  , 2014

HON. [signature]

**GRANTED**
Judge Nathanael M. Cousins
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA