UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
MAGISTRATE JUDGE NATHANAEL M. COUSINS

# CIVIL MINUTES

Date:      September 24, 2014

Case No:   **3:13-cv-02727 NC**

Case Name: **Nalco Company v. Turner Design, Inc.**

Counsel for Plaintiff:     Bryan Wilson, Nicholas Ham, Alessa Phang

Counsel for Defendant:     Ian Feinberg, David Alberti

Deputy Clerk:      Lili M. Harrell

Court Reporter :   Margo Gurule
                   (Time: 1 hour, 50 min)

| **PROCEEDINGS:** | **RULINGS** |
|---|---|
| • Turner Design's Motion for Summary Judgment [100] | Submitted |

**ORDER:**


Order to be prepared by:  [ ]  Plaintiff  [ ]  Defendant  [X]  Court

Case continued to:

Notes:

cc: