# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| NALCO CO., | Case No. 13-cv-02727 NC |
| Plaintiff, | |
| v. | **NOTICE OF DEFICIENCY** |
| TURNER DESIGNS, INC., | |
| Defendant. | |

On October 20, 2014, the Court held a pretrial conference with Nalco and Turner. The Court ordered the parties to submit by Thursday, October 23, 2014, an amended joint pretrial statement that incorporates matters discussed during the hearing. The parties failed to do so. Though the Court acknowledges that it received a letter from Nalco on October 22, it is not sufficient to meet the Court's order. Pending receipt of an amended pretrial statement, the case is scheduled for a jury trial on November 3, 2014, at 9:30 AM in Courtroom A, 15th Floor, at the San Francisco courthouse.

IT IS SO ORDERED.

Date: October 27, 2014

_____
Nathanael M. Cousins
United States Magistrate Judge