BRYAN WILSON (CA SBN 138842)
BWilson@mofo.com
ALESSA PHANG (CA SBN 286872)
APhang@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650.813.5600
Facsimile: 650.494.0792

SCOTT F. LLEWELLYN (CA SBN 194553)
SLlewellyn@mofo.com
MORRISON & FOERSTER LLP
5200 Republic Plaza
370 Seventeenth Street
Denver, Colorado 80202-5638
Telephone: 303.592.1500
Facsimile: 303.592.1510

WHITNEY E. MCCOLLUM (CA SBN 253039)
WMcCollum@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Plaintiff
NALCO COMPANY

IAN N. FEINBERG (SBN 88324)
ifeinberg@feinday.com
DAVID ALBERTI (SBN 220625)
dalberti@feinday.com
YAKOV ZOLOTOREV (SBN 224260)
yzolotorev@feinday.com
MARC BELLOLI (SBN 244290)
mbelloli@feinday.com
FEINBERG DAY ALBERTI &
THOMPSON LLP
1600 El Camino Real, Suite 280
Menlo Park, CA 94025
Tel: 650.618.4360
Fax: 650.618.4368

Attorneys for Defendant
 TURNER DESIGNS, INC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NALCO COMPANY,<br><br>               Plaintiff,<br><br>      v.<br><br>TURNER DESIGNS, INC.,<br><br>               Defendant. | Case No.   3:13-cv-02727 NC<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING DISMISSAL**<br><br>Magistrate Judge Nathanael Cousins |

1  IT IS HEREBY STIPULATED by and between plaintiff NALCO COMPANY and defendant TURNER DESIGNS, INC., by and through their respective attorneys of record herein, that the parties have resolved this matter in its entirety.

IT IS THEREFORE FURTHER STIPULATED AND AGREED that this entire action be dismissed with prejudice, each party to bear its own attorneys' fees and costs.

Dated: October 30, 2014              MORRISON & FOERSTER LLP


By: */s/ Bryan Wilson*
    Bryan Wilson

    Attorneys for Plaintiff NALCO COMPANY

Dated: October 30, 2014              FEINBERG DAY ALBERTI & THOMPSON LLP


By: */s/ Ian Feinberg*
    IAN FEINBERG

    Attorneys for Defendant TURNER DESIGNS, INC.


### FILER'S ATTESTATION

Pursuant to L.R. 5.1(i)(3), the undersigned attests that all parties have concurred in the filing of this Stipulation and [Proposed] Order Regarding Dismissal.


Dated:  October 30, 2014
                                By: */s/ Bryan Wilson*
                                    BRYAN WILSON

**ORDER**

**IT IS SO ORDERED.**

Dated:   November 20, 2014

_____
Magistrate Judge Nathanael M. Cousins



Stipulation and [~~Proposed~~] Order Regarding Dismissal
Case No. 3:13-cv-02727-NC
pa-1667740

2